IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP., a/s/o JUSTIN C. GOULET and EMILY GOULET,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL W. LOHMAN LLC,<br><br>Defendant. | CIVIL ACTION<br><br>NO.  22-CV-02837-WB |

## ORDER

**AND NOW**, this 8th day of September, 2023, upon consideration of: (1) Plaintiffs' Joint Motion *in Limine* to Preclude Testimony of Expert James Jones (ECF Nos. 19, 27) and the response thereto (ECF 21); and (2) Plaintiffs' Joint Motion *in Limine* to Preclude Certain Testimony of James Badaczewski (ECF Nos. 20, 26, 28), and the response thereto (ECF 22):

**IT IS HEREBY ORDERED** that the Motion as to Jones (ECF 19) is **GRANTED** to the extent of precluding any testimony relying on or arising from the assumption that insulation was present in the void space between the first-story sunroom and the second-story bedroom, and **DENIED** as to the remainder of Jones' testimony.

**IT IS FURTHER ORDERED** that the Motion as to Badaczewski (ECF 20) is **GRANTED** to the extent of precluding any expert opinion regarding the fire's origin and cause, and **DENIED** as to the remainder of Badaczewski's testimony.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**